UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
DAN CLARK, *et al.*,                )   No. C17-0382RSL
                                    )
                 Plaintiffs,        )
         v.                         )
                                    )   MINUTE ORDER
THE CITY OF SEATTLE, *et al.*,      )
                                    )
                 Defendants.        )
_____)

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The Clerk of Court is directed to renote plaintiffs' "Motion for Temporary Restraining Order and/or Preliminary Injunction" (Dkt. # 13) on the Court's calendar for Friday, April 7, 2017. Defendants' opposition, if any, is due by 4:30 p.m. on April 3, 2017. Plaintiffs' reply, if any, is due by 4:30 p.m. on April 7, 2017.

The Honorable Robert S. Lasnik will be hearing oral argument on Thursday, March 30, 2017, at 3:00 p.m., in a related matter, Chamber of Commerce v. City of Seattle, C17-0320RSL. Plaintiffs' counsel may appear at that hearing to argue in support of an order enjoining the upcoming April 3, 2017, deadline for the disclosure of qualified drivers' personal information.

MINUTE ORDER

1    DATED this 15th day of March, 2017.

2
3                                  /s/ Kerry Simonds
     Kerry Simonds, Deputy Clerk to
     the Honorable Robert S. Lasnik, Judge
4    (206) 370-8519

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER                              -2-