UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAN CLARK, *et al.*,

        Plaintiffs,

v.

THE CITY OF SEATTLE, *et al.*,

        Defendants.

No. C17-0382RSL

ORDER

    This matter comes before the Court on "Plaintiffs' Corrected Motion for a Temporary Restraining Order and/or Preliminary Injunction." Dkt. # 13. On April 4, 2017, the Court enjoined the City of Seattle from implementing Ordinance 124968, the same ordinance that is at issue in this case. See Chamber of Commerce v. City of Seattle, C17-0370RSL (Dkt. # 49). Because this motion seeks essentially the same relief, it is DENIED as moot.

    Dated this 25th day of April, 2017.

Robert S. Lasnik
United States District Judge

ORDER